U.S. Department of Justice

Criminal Division

United States Courts
Southern District of Texas
FILED
*January 08, 2025*
Nathan Ochsner, Clerk of Court

Office of International Affairs    Washington, D.C. 20530

4:25-mj-0004

### MEMORANDUM

TO:     Amy Chang Lee, Associate Director
        International Prisoner Transfer Unit

FROM:   Emily Maynard, Paralegal Specialist
        International Prisoner Transfer Unit

SUBJECT: Request for Decision on Prisoner Transfer Application of Brian David Bell, Transferring to the United States from Nicaragua.

Brian David Bell, seeks an international prisoner transfer to the United States from Nicaragua Under the Inter-American Convention on Serving Criminal Sentences Abroad.

Based on a review of the information provided to the Office of International Affairs, as detailed in the attached memorandum, I recommend approval of the transfer.

_Amy Chang Lee_
APPROVED                                    DENIED

6/10/2024
DATE